IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| AMERICAN INDEPENDENCE MINES AND MINERALS CO., IVY MINERALS, INC., and WALKER MINING COMPANY,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF AGRICULTURE, ET AL.<br><br>Defendants. | No. CV-09-433-S-EJL<br><br>**JUDGMENT** |

Based upon this Court's Memorandum Decision and Order, entered herewith, and the Court being fully advised in the premises;

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Plaintiffs take nothing from the Defendants and this case is **DISMISSED IN ITS ENTIRETY**.

DATED: **May 12, 2010**

Honorable Edward J. Lodge
U. S. District Judge